**United States District Court**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSEPH N. LIVINGSTON,　　　　　　　　　　No. C 06-6266 SI (pr)

　　　　Plaintiff,　　　　　　　　　　　　　　　　**ORDER**

　　v.

SAN QUENTIN WARDEN,

　　　　Defendant.
　　　　　　　　　　　　　　　　　　　　/

　　　　The Order Of Dismissal With Leave To Amend was sent to the plaintiff at the wrong address. Specifically, the order was sent to him at San Quentin State Prison when the record reflected that he already had been transferred to Avenal State Prison. The order will be sent again to the plaintiff at his current address and the deadline to file an amended complaint will be reset.

　　　　The clerk will send a copy of the Order Of Dismissal With Leave To Amend with a copy of this order to plaintiff at Avenal State Prison.

　　　　The deadline for plaintiff to file an amended complaint is now reset to **June 29, 2007**. Failure to file the amended complaint by the deadline will result in the dismissal of the action.

　　　　IT IS SO ORDERED.

Dated: May 17, 2007　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge