UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSEPH N. LIVINGSTON,

    Plaintiff,

v.

SAN QUENTIN WARDEN,

    Defendant.

    No. C 06-6266 SI (pr)

    **ORDER OF DISMISSAL**

On March 23, 2007, the court found that the complaint in this action did not state a claim for relief against the only named defendant and ordered plaintiff to file an amended complaint by May 4, 2007, cautioning that the failure to file the amended complaint by the deadline would result in the dismissal of the action. The deadline for the amended complaint was later extended to June 29, 2007. May 17, 2007 Order, p. 1. Plaintiff did not file an amended complaint and deadline by which to do so has long passed. Accordingly, this action is dismissed for failure to state a claim upon which relief may be granted against the defendant. The clerk shall close the file.

IT IS SO ORDERED.

Dated: December 17, 2007

    _____
    SUSAN ILLSTON
    United States District Judge