UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH N. LIVINGSTON, | No. C 06-6266 SI (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| SAN QUENTIN WARDEN, | |
| Defendant. | |

This action is dismissed for failure to state a claim upon which relief may be granted against the defendant.

IT IS SO ORDERED AND ADJUDGED.

Dated: December 17, 2007

_____
SUSAN ILLSTON
United States District Judge